Supreme Court, New York Special Term. Reported. N. Y. L. J., February 19, 1901.

HENRY H. LYMAN v. DEMETRIUS RAKOPOULOS, et al.

FITZGERALD, J. Leave was granted at the Trial Term (upon conditions) to withdraw a juror to enable defendants to make a motion at Special Term for leave to amend answer. The terms imposed by the trial justice have not been complied with. Notwithstanding this fact defendants seek the aid of the court upon this application and ask leave for an order permitting them to serve their answer. Under the circumstances as above stated, motion must be denied.